# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                Crim. No. 5:10-CR-248-1BO

**GABRIEL GUPTON**

On December 19, 2014, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                       /s/ Julie Wise Rosa  
Jeffrey L. Keller                           Julie Wise Rosa  
Supervising U.S. Probation Officer        U.S. Probation Officer  
                                               310 New Bern Avenue, Room 610  
                                               Raleigh, NC 27601-1441  
                                               Phone: 919-861-8675  
                                               Executed On: July 12, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _12_ day of _July_, 2016.

                                                        Terrence W. Boyle  
                                                        U.S. District Judge